# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: **EDCR20-53-PSG**                                      Date: **12/02/22**

Present: The Honorable **Philip S. Gutierrez, Chief**, ☑ District Judge / ☐ Magistrate Judge

| Wendy Hernandez | CourtSmart | None | Byron Tuyay |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

DEVON LATREL RISSWORTH
☑ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

DFPD Jessaka Menzie
☑ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA HEARING

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **ONE** of the Indictment.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Friday, 04/07/23 at 10am** for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for **03/10/23** is off calendar as to defendant **DEVON LATREL RISSWORTH**.
☐ Court orders:

☐ Other:

: 23

Initials of Deputy Clerk  wh

*cc:* *Probation Office*

CR-08 (09/09)               **CRIMINAL MINUTES - CHANGE OF PLEA**